Carlin *v.* Pennsylvania Power and Light
Company, Appellant, et al.

Argued November 21, 1949. Before MAXEY, C. J.,
DREW, LINN, STERN, PATTERSON, STEARNE and JONES,
JJ.

544

*Ralph M. Barley,* with him *Paul A. Mueller,* for appellant.

*F. Lyman Windolph,* with him *Windolph & Johnstone,* for appellee.

OPINION PER CURIAM, January 3, 1950:
The judgment is affirmed on the opinion of the learned court below.

Wilson Estate.